Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Lauren.Wulfe@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: 303-863-1000
Facsimile: 303-832-0428
Paul.Rodney@arnoldporter.com

John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Attorneys for Defendants Altria Group, Inc.,
Philip Morris USA Inc., Altria Client Services LLC,
Altria Group Distribution Company, and
Altria Enterprises LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Plaintiffs Identified in Exhibit A* | Case No.:19-MD-02913-WHO<br><br>The Honorable William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS**<br><br>Hon. William H. Orrick |

1  Before the Court is the Motion by Defendants Altria Group, Inc., Philip Morris USA Inc.,
2  Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC
3  ("Altria") to Dismiss With Prejudice Non-Communicating Plaintiffs' Claims identified in Exhibit A
4  in the above referenced, consolidated actions. Having considered the Motion, and with good cause
5  appearing therefore, the Court hereby **GRANTS** the Motion and **DISMISSES** the Complaints filed
6  by all plaintiffs identified in Exhibit A with prejudice.

**IT IS SO ORDERED.**

Date:   July 9, 2024



The Honorable William H. Orrick
United States District Judge

**Exhibit A**

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Dylan | Muscari | Muscari v. JUUL Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al. | 3:22-cv-07968-WHO |
| Caden | McCandless | McCandless v. JUUL Labs, Inc., et al. | 3:22-cv-06697-WHO |
| Abigail | Ferris | Ferris v. JUUL Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al. | 3:22-cv-08202-WHO |
| Shawn | Dudani | Dudani v. JUUL Labs, Inc. previously d/b/a Pax Labs, Inc. and Ploom Inc. et al. | 3:22-cv-08400-WHO |
| Garner | Brown | Brown v. JUUL Labs, Inc., et al. | 3:22-cv-07729-WHO |
| Nyomi | Vila | Vila v. JUUL Labs, Inc., et al. | 3:22-cv-07977-WHO |
| Tyler | Higgins | Higgins v. JUUL Labs, Inc., et al. | 3:22-cv-08139-WHO |
| Ralph | Howell[1] | Messina, et al. v. JUUL Labs, Inc., et al. | 3:22-cv-07109 |
| Jadon | Kummers | Kummers v. JUUL Labs, Inc., et al. | 3:22-cv-06151 |
| Emmanuel | Nwodo | Emmanuel Nwodo v. JUUL Labs Inc., et al. | 3:22-cv-04527 |
| Anthony | Mellis | Anthony Mellis v. JUUL Labs Inc., et al. | 3:22-cv-05704 |
| Steven | Rivas | Steven Rivas v. JUUL Labs Inc., et al. | 3:19-cv-08311 |
| Bailey | Wasniak | Bailey Wasniak v. JUUL Labs Inc., et al. | 3:22-cv-06274 |

---

[1] Plaintiff is the member of a multi-plaintiff case.

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Baley | Myerscough | Baley Myerscough v. JUUL Labs Inc., et al. | 3:22-cv-06276 |
| Joe | Park | Joe Park v. JUUL Labs Inc., et al. | 3:22-cv-06415 |
| Damon | Shumake | Damon Shumake v. JUUL Labs Inc., et al. | 3:22-cv-06790 |
| David | Beckett | David Beckett v. JUUL Labs Inc., et al. | 3:22-cv-06809 |
| Wyatt | Harrington | Wyatt Harrington v. JUUL Labs Inc., et al. | 3:22-cv-06821 |
| Devin | Gryl | Devin Gryl v. JUUL Labs Inc., et al. | 3:22-cv-06683 |
| Reagan | Adams | R.A., a minor, by and through his parent and next friend, Philip Adams v. JUUL Labs Inc., et al. | 3:20-cv-01160 |
| Bennett | Dubois | Bennett DuBois v. JUUL Labs Inc., et al. | 3:20-cv-01369 |
| Bridgette | Collins | B.C., a Minor, by Tara Dye, Her Mother and Next Friend, v. JUUL Labs, Inc. et al. | 3:20-cv-02375 |
| Chase | O'Keefe | Chase O'Keefe v. JUUL Labs Inc., et al. | 3:22-cv-07831 |
| Damian | Maffei | Damian Maffei v. JUUL Labs Inc., et al. | 3:20-cv-02656 |
| Giavanna | Fioretti | Giavanna Fioretti v. JUUL Labs Inc., et al. | 3:22-cv-06368 |
| Nathan | Saelens | Nathan Saelens v. JUUL Labs Inc., et al. | 3:20-cv-02799 |
| Julian | Muhlemann | Julian Muhlemann v. JUUL Labs Inc., et al. | 3:20-cv-02822 |
| Malia | Parker | Malia Parker v. JUUL Labs Inc., et al. | 3:20-cv-05275 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| MD | Noor | MD Noor v. JUUL Labs Inc., et al. | 3:20-cv-06070 |
| Erik | Acheson | Erik Acheson v. JUUL Labs Inc., et al. | 3:20-cv-06083 |
| Zachary | Doe | Zachary Doe v. JUUL Labs Inc., et al. | 3:20-cv-06601 |
| Nicholas | Kapon | Nicholas Kapon v. JUUL Labs Inc., et al. | 3:20-cv-07500 |
| Gabrielle | Kirkendol | Gabrielle Kirkendol v. JUUL Labs Inc., et al. | 3:20-cv-08299 |
| Drew | Stewart | Drew Stewart v. JUUL Labs Inc., et al. | 3:21-cv-00878 |
| Tahj | Fulcher | Tahj Fulcher v. JUUL Labs Inc., et al. | 3:21-cv-00563 |
| Jaiden | Dunstan | J.D., by and through Kristyn Dunstan, as Next Friend and Parent v. JUUL Labs Inc., et al. | 3:21-cv-02034 |
| Aram | Kashakhi | Aram Kashakhi v. JUUL Labs Inc., et al. | 3:21-cv-04070 |
| Fernando | Lucchetti | Fernando Lucchetti v. JUUL Labs Inc., et al. | 3:21-cv-04713 |
| Morgan | Wideman | Morgan Wideman v. JUUL Labs Inc., et al. | 3:21-cv-05553 |
| Austin | Wiegand | Austin Wiegand v. JUUL Labs Inc., et al. | 3:21-cv-08851 |
| Tate | Vestal | Tate Vestal v. JUUL Labs Inc., et al. | 3:21-cv-09315 |
| James | Roberts | James Roberts v. JUUL Labs Inc., et al. | 3:21-cv-09533 |
| Greta | Loraditch | Greta Loraditch v. JUUL Labs Inc., et al. | 3:21-cv-09607 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Thaddeus | Troublefield | Thaddeus Troublefield v. JUUL Labs Inc., et al. | 3:21-cv-09625 |
| Noah | Carbert | Noah Carbert v. JUUL Labs Inc., et al. | 3:21-cv-09692 |
| Daniel | Britton | Daniel Britton v. JUUL Labs Inc., et al. | 3:21-cv-07976 |
| William | Marchiani | William Marchiani v. JUUL Labs Inc., et al. | 3:22-cv-06805 |
| Jacob | Bligh | Jacob Bligh v. JUUL Labs Inc., et al. | 3:22-cv-06657 |
| Noah | Hutchinson | Noah Hutchinson v. JUUL Labs Inc., et al. | 3:22-cv-06649 |
| Audreeanna | Downing | Audreeanna Downing v. JUUL Labs Inc., et al. | 3:22-cv-06741 |
| Nicholas | Williams | Nicholas Williams v. JUUL Labs Inc., et al. | 3:22-cv-04384 |
| Emily | Wendleton | Emily Wendleton v. JUUL Labs Inc., et al. | 3:22-cv-05751 |
| Rogelio | Zavala | Rogelio Zavala v. JUUL Labs Inc., et al. | 3:22-cv-06720 |
| James | Knight | James Knight v. JUUL Labs Inc., et al. | 3:22-cv-04666 |
| Hayley | Rust | Hayley Rust v. JUUL Labs Inc., et al. | 3:22-cv-02518 |
| Kaitlyn | Hunt | Kaitlyn Hunt v. JUUL Labs Inc., et al. | 3:22-cv-05650 |
| Bahja | Mohamoud | Bahja Mohamoud v. JUUL Labs Inc., et al. | 3:22-cv-05709 |
| Shantasia | Jacob | Shantasia Jacob v. JUUL Labs Inc., et al. | 3:22-cv-05909 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Connor | Loos | Connor Loos v. JUUL Labs Inc., et al. | 3:22-cv-05729 |
| Brian | Shannon | Brian P. Shannon v. JUUL Labs Inc., et al. | 3:22-cv-05715 |
| Travis | Ford | Travis Ford v. JUUL Labs Inc., et al. | 3:22-cv-04333 |
| Sarel | Lopez | Sarel Lopez v. JUUL Labs Inc., et al. | 3:22-cv-05684 |
| Nathan | Sims | Nathan Sims v. JUUL Labs Inc., et al. | 3:22-cv-05681 |
| Jose | Soriano | Jose Soriano v. JUUL Labs Inc., et al. | 3:22-cv- 05645 |
| Tatum | Klosterman | Tatum Klosterman v. JUUL Labs Inc., et al. | 3:22-cv-05914 |
| Dylan | Rendon | Dylan Rendon v. JUUL Labs Inc., et al. | 3:22-cv-05586 |
| Kyle | Lichtenstein | Kyle Lichtenstein v. JUUL Labs Inc., et al. | 3:22-cv-05673 |
| Casseem | Sampson | Casseem Sampson v. JUUL Labs Inc., et al. | 3:22-cv-06788 |
| Eduardo | Fabri | Eduardo Fabri v. JUUL Labs Inc., et al. | 3:22-cv-05590 |
| Angelina | Sims | Angelina Sims v. JUUL Labs Inc., et al. | 3:22-cv-06266 |
| Colby | Kudla | Colby Kudla v. JUUL Labs Inc., et al. | 3:22-cv-06346 |
| Sebastian | Capote | Sebastian Capote v. JUUL Labs Inc., et al. | 3:22-cv-06773 |
| Alyssa | Rogers | Alyssa Rogers v. JUUL Labs Inc., et al. | 3:22-cv-06653 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Logan | Weisz | Logan Weisz v. JUUL Labs Inc., et al. | 3:22-cv-05534 |
| Nathan | Padilla | Nathan Padilla v. JUUL Labs Inc., et al. | 3:22-cv-06576 |
| Francesco | Camilli | Francesco Camilli v. JUUL Labs Inc., et al. | 3:22-cv-06831 |
| Daniel | Hermida | Daniel Hermida v. JUUL Labs Inc., et al. | 3:22-cv-06807 |
| Justin | Kehoe | Justin Kehoe v. JUUL Labs Inc., et al. | 3:22-cv-06924 |
| Kira | Ambrosi | Kira Ambrosi v. JUUL Labs Inc., et al. | 3:22-cv-05846 |
| Brandi | Licoski | Brandi Licoski v. JUUL Labs Inc., et al. | 3:22-cv-06338 |
| Lincoln | Gibson | Lincoln Gibson v. JUUL Labs Inc., et al. | 3:22-cv-06942 |
| Trae | Luppens | Trae Luppens v. JUUL Labs Inc., et al. | 3:22-cv-05916 |
| Mercury | Khalsa | Mercury Khalsa v. JUUL Labs Inc., et al. | 3:22-cv-06592 |
| Julia | Burden | Julia Burden v. JUUL Labs Inc., et al. | 3:22-cv-06919 |
| Lara | Yee-Cagakit | Lara Yee-Cagakit v. JUUL Labs Inc., et al. | 3:22-cv-06465 |
| Melanie | Cosmes | Melanie Cosmes v. JUUL Labs Inc., et al. | 3:22-cv-07873 |
| Ashley | Hicks | Ashley Hicks v. JUUL Labs Inc., et al. | 3:22-cv-00336 |
| Bryer | Ketterman | Bryer Ketterman v. JUUL Labs Inc., et al. | 3:22-cv-06341 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Basmalah | Ghahin | Basmalah Ghahin v. JUUL Labs Inc., et al. | 3:22-cv-06281 |
| Anzhelika | Amelina | Anzhelika Amelina v. JUUL Labs Inc., et al. | 3:22-cv-07817 |
| Marcela | Modrusic | Marcela Modrusic v. JUUL Labs Inc., et al. | 3:22-cv-06494 |
| Kobie | Karhoff | Kobie Karhoff v. JUUL Labs Inc., et al. | 3:22-cv-06447 |
| Isabella | Williams | Isabella Williams v. JUUL Labs Inc., et al. | 3:22-cv-06850 |
| Madison | Doty | Madison Doty v. JUUL Labs Inc., et al. | 3:22-cv-06476 |
| Jasmyn | Taylor | Jasmyn Taylor v. JUUL Labs Inc., et al. | 3:22-cv-01658 |
| Devin | Bullins | Devin Bullins v. JUUL Labs Inc., et al. | 3:22-cv-02264 |
| Riley | Reid | Reid v. JUUL Labs, Inc., et al. | 3:22-cv-07767-WHO |
| Jeremy | Starling | Jeremy Starling v. JUUL Labs, Inc., et al. | 3:20-cv-05731 |
| Joshua | Stafford | Joshua Stafford v. JUUL Labs, Inc., et al. | 3:21-cv-08662 |
| Patrick | Nicolia | Patrick Nicolia v. JUUL Labs, Inc., et al. | 3:21-cv-02963 |
| Robert | Nichols | Robert Nichols v. JUUL Labs, Inc., et al. | 3:20-cv-05692 |
| Ryan | Rozelle | Ryan Rozelle v. JUUL Labs, Inc., et al. | 3:20-cv-04361 |
| Heather | Sobik | Heather Sobik vs. JUUL Labs, Inc. | 3:19-cv-06565 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Ashlin | Ardito | Ashlin Ardito v. JUUL Labs, Inc. | 3:20-cv-00908 |
| Eric | Smith | Eric Smith v. JUUL Labs,Inc. | 3:20-cv-01718 |
| Maria | Ireland | Maria Ireland v. JUUL Labs, Inc., et al. | 3:21-cv-06413-WHO |
| Aaron | Lau | Aaron Lau v. JUUL Labs, Inc. | 3:20-cv-01146 |
| Hunter | Haynes | Hunter Haynes vs. JUUL Labs, Inc., et al. | 3:20-cv-07091 |
| Allyssa | Keller | Allyssa Keller, Plaintiff, v. JUUL Labs, Inc., et al. | 3:20-cv-00262-WHO |
| William | Norwood | William Norwood V JUUL Labs, Inc., et al. | 3:22-cv-04220 |
| Richard | McMillon | Richard McMillon v. JUUL Labs, Inc. et al. | 3:20-cv-01315 |
| Steven | Keenum | Steven Keenum v. JUUL Labs, Inc., et al. | 3:21-cv-05051-WHO |
| Brad | Nelson | Brad Nelson v. JUUL Labs, Inc. | 3:20-cv-00109 |
| Leiyah | Bonday | Leiyah Bonday v. JUUL Labs, Inc., et al. | 3:22-cv-07579 |
| Rose | King | Rose King v. JUUL Labs, Inc., et al. | 3:22-cv-07583 |
| Khadija | Julien | Khadija Julien v. JUUL Labs, Inc., et al.. | 3:21-cv-08418 |
| Barbara | Arnold | Barbara Arnold v. JUUL Labs, Inc., et al. | 3:22-cv-07555 |
| Robbie | Wilson | Robbie Wilson v. JUUL Labs, Inc., et al. | 3:20-cv-09129 |

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Tyler | Bergey | Tyler Bergey v. JUUL Labs, Inc. | 3:20-cv-03428 |
| Matai | Barre | Jennifer Chan as Guardian ad Litem to M.B., a minor v. JUUL Labs, Inc., et al. | 3:22-cv-07574 |
| Keyosha | Decuir | Keyosha Decuir v. JUUL Labs, Inc., et al. | 3:20-cv-08919 |
| Emily | Fight | Emily Grace Fight v. JUUL Labs, Inc et al. | 3:22-cv-07384 |
| Dylan | Pearce | Dylan Pearce v. JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation, et al. | 3:22-cv-02211 |
| Kathryn | Edmond | Kathryn Edmond v. JUUL Labs, Inc., et al. | 3:20-cv-09192 |
| Jasmine | Thomas | Jasmine Thomas v. JUUL labs INC et al. | 3:22-cv-03735-WHO |
| Zachary | Pryor | Zachary Pryor v. JUUL Labs Inc., et al. | 3:21-cv-09123 |
| Muhand | Widah | Muhand Widah v. JUUL Labs, Inc., et al. | 3:22-cv-06253 |
| John | McClure | McClure v. JUUL Labs, Inc. et al.. | 3:20-cv-01838 |
| Julia | Curtis | Julia Curtis v. JUUL Labs, Inc., et al. | 3:22-cv-07982 |
| Gabriel | Croft | Croft v. JUUL Labs, Inc., et al. | 3:22-cv-06107-WHO |
| Jumauis | Mack | Jumauis Mack v. JUUL Labs, Inc., | 3:22-CV-06283-WHO |
| Claudia | Irving | Claudia Irving v. JUUL Labs Inc., et al. | 3:22-cv-08724 |
| Michika | McClinton | Michika McClinton v JUUL Labs Inc., et al. | 3:22-cv-08750 |

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Chase | Wallace | Chase Wallace v. JUUL Labs Inc. et al. | 3:20-cv-02701 |
| Kelsey | Morgan Brown | Kelsey Morgan Brown v. JUUL Labs, Inc., et al. | 3:22-cv-08763 |
| Christopher | Roethke | Christopher Roethke v. JUUL Labs, Inc., et al. | 3:22-cv-08741 |
| Henry | Roy | Henry Roy v. JUUL, et al. | 3:22-cv-08722 |
| Kyle | Kirk | Kyle Kirk v. JUUL | 3:22-cv-08811 |
| Madisen | Keffer | Timugen Keffer, Individually and as Personal Representative for the Estate of his minor child, M.K., Deceased v. JUUL Labs, Inc., et al. | 3:19-md-02913-WHO |
| Kenneth | Campbell | Kenneth Campbell v. JUUL Labs, Inc., et al. | 3:20-cv-03738 |
| Josef | Lewis | Josef Lewis v. JUUL Labs, Inc., previously d/b/a PAX LABS, INC. and PLOOM INC. et al. | 3:20-cv-06135 |
| Ronald | Claytor | Claytor v. JUUL Labs, Inc., et al. | 3:20-cv-08316 |
| Sean | Ryan | Sean Ryan vs JUUL Labs Inc | 3:20-cv-08660 |
| Adrianna | Cardell | Adrianna Cardell vs JUUL Labs Inc | 3:20-cv-08820 |
| Ryan | Cooper | Ryan Cooper v. JUUL Labs, Inc., et al. | 20-cv-08333 |
| Benjamin | Shirvinski | Benjamin Shirvinski ; In Re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 3:20-cv-09069 |
| Noah | Murray | Noah Murray vs JUUL Labs Inc | 3:20-cv-09121 |

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Ronisha | Lawson | Ronisha Lawson v. JUUL Labs, Inc., et al. | 3:20-cv-08342 |
| Joseph | Ferris | Joseph Ferris v. JUUL Labs Inc, et al. | 3:20-cv-07745 |
| Rebecca | Walker[2] | WALKER et al. v. JUUL Labs, Inc., et al. | 3:19-md-02913-WHO |
| Alissa | Lake | Alissa Lake v. JUUL Labs, Inc., et al. | 3:20-cv-08927 |
| Joseph | Smith | Joseph Smith vs JUUL Labs Inc | 3:21-cv-01321 |
| David | Song | David Song v. JUUL Labs, Inc., et al. | 3:21-cv-04046 |
| Adam | Warman | Adam Warman v. JUUL Labs, Inc., et al. | 3:21-cv-05918 |
| Christopher | Walker | Exie Dyer, individually, and as the legal Guardian of her minor child, C.W. v. JUUL Labs, Inc., et al. | 3:21-cv-04752 |
| Shaylen | Miller | Patricia Bailey, individually, and as the legal Guardian of her minor child, S.M. v. JUUL Labs, Inc., et al. | 3:21-cv-04798 |
| Carneilrous | Flucker | Carneilrous Flucker v. JUUL Labs, Inc., et al. | 3:21-cv-06373 |
| Kevyn | Annonio | Kevyn Annonio v. JUUL Labs, Inc., et al. | 3:21-cv-05676 |
| Mitchell | Gersh | Gersh vs. JUUL Labs, Inc et al.. | 3:21-cv-07455-WHO |
| Blaise | Potts | Blaise Potts v. JUUL Labs, Inc., et al. | 3:21-cv-08076 |
| Cameron | Naylor | Cameron Naylor v. JUUL Labs, Inc., et al. | 3:22-cv-00045-WHO |

---

[2] Plaintiff is the member of a multi-plaintiff case.

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Justin | Schuette | Justin Schuette v. JUUL Labs, Inc., et al. | 3:22-cv-02019 |
| Alexis | Shumpert | Alexis Shumpert v. JUUL Labs, Inc., et al. | 3:22-cv-00247 |
| Alexander | Erdellan | Alexander Erdellan v. JUUL Labs Inc., et al. | 3:22-cv-07997 |
| Dakota | Frost | Dakota Frost v. JUUL Labs, Inc., et al. | 3:22-cv-07847 |
| Tabitha | Morris | Tabitha Morris v. JUUL Labs, Inc., et al. | 3:22-cv-08371 |
| Jane | Mulvahill | Jane Mulvahill v. JUUL Labs, Inc., et al. | 3:22-cv-08290 |
| Kaitlin | Norton | Kaitlin Norton v. JUUL Labs, Inc., et al. | 3:22-cv-08505 |
| Nicholas | Sachs | Nicholas Sachs v. JUUL Labs, Inc., et al. | 3:22-cv-08760 |
| Trevor | Saunders | Trevor Saunders v. JUUL, et al. | 3:22-cv-08427 |
| Jaime | Gomez | Jaime Gomez v. JUUL Labs, Inc., et al. | 3:22-cv-08592 |
| Camilo | Gonzalez | Camilo Gonzalez v. JUUL Labs, Inc., et al. | 3:22-cv-08388 |
| Alberto | Guerrero | Alberto Guerrero v. JUUL Labs, Inc., et al. | 3:22-cv-08431 |
| Debbie | Hennessy | Debbie Hennessy v. JUUL Labs, Inc., et al. | 3:22-cv-08018 |
| Chase | Kristiansen | Chase Kristiansen v. JUUL Labs, Inc., et al. | 3:22-cv-07936 |
| Lindy | McGraw | Lindy McGraw v. JUUL Labs, Inc., et al. | 3:22-cv-08040 |

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Humayun | Mian | Humayun Mian v. JUUL Labs, Inc., et al. | 3:22-cv-07892 |
| Jeremiah | Clarke | Jeremiah Clarke v. JUUL Labs, Inc., et al. | 3:22-cv-08175 |
| Don | Cooper | Don Cooper III v. JUUL Labs, Inc., et al. | 3:22-cv-08360 |
| Rose | Cosenza | Rose Cosenza v. JUUL Labs, Inc et al. | 3:22-cv-08570 |
| Andrew | Delk | Andrew Delk v. JUUL Labs, Inc., et al. | 3:22-cv-08363 |
| Julia | Garrett | Julia Garrett v. JUUL Labs, Inc., et al. | 3:22-cv-08383 |
| Landon | White | Landon White v. JUUL | 3:22-cv-08272 |
| Cierra | Sullivan | Cierra Sullivan v. JUUL | 3:22-cv-08101 |
| Harley | Vaughn | Harley Vaughn v. JUUL, et al. | 3:22-cv-07916 |
| Parmeshwar | Persaud | Parmeshwar Persaud v. JUUL Labs, Inc., et al. | 3:22-cv-07816 |
| Maximus | Romero | Michelle Moore, Individually and obo Maximus Romero, a minor v. JUUL Labs, Inc., et al. | 3:22-cv-08025 |
| Amber | Chute | D.C., a minor, by and with his parent and Natural Guardian Amber Chute v. JUUL Labs, Inc., et al. | 3:22-cv-07828 |
| Derek | Carver | Derek Carver v. JUUL Labs, Inc., | 3:22-CV-06178-WHO |
| Rece | Dale | Rece Dale v. JUUL Labs, Inc., | 3:22-CV-06188-WHO |

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Keith | Dinkins | Keith Dinkins v. JUUL Labs, Inc., | 3:22-CV-06208-WHO |
| Brian | Sturgeoun | Brian Sturgeoun v. JUUL Labs, Inc., | 3:22-CV-06232-WHO |
| Eli | Hines | Brandon T. Leahy, Sr., as next friend of minor E.H. v. JUUL Labs, Inc., et al. | 3:22-cv-7763-WHO |
| Claire | Chiquete | Rebecca L. Chiquete as next friend of minor C.E.C. v. JUUL Labs, Inc., et al. | 3:22-cv-07812-WHO |
| Shane | Bridges | Stacey M. Calcote as next friend of minor S.M.B. v. JUUL Labs, Inc., et al. | 3:22-cv-07804-WHO |
| Scott | Horton | Scott Horton, individually and on behalf of his minor child, J.H. v. JUUL, et al. | 3:20-cv-08510-WHO |
| Jacob | Hiser | Jacob Hiser v. JUUL Labs., Inc., et al. | 3:21-cv-00645 |
| Matthew | Murphy | Matthew Murphy, et al. v. JUUL Labs, Inc. | 3:2019-cv-06927 (cand) |
| Elaina | Feagans | Elaina Feagans v. JUUL Labs., Inc., et al. | 3:21-cv-01975 |
| Timothy | Stephens | Timothy Stephens v. JUUL Labs., Inc., et al. | 3:-21-cv-01274 |
| Hugh | Manuel | Manuel v. JUUL Labs, Inc., et al. | 3:21-cv-06036 |
| Tyler | Hute | Tyler Hute v. JUUL Labs, Inc., et al. | 3:20-cv-2938 |
| Ashten | Coker | Ashten Coker v. JUUL Labs, Inc., et al. | 3:22-cv-02484 |
| Jonathan | Grantham | Jonathan Grantham v. JUUL Labs, Inc., et al. | 3:22-cv-08585 |

[PROPOSED] ORDER GRANTING ALTRIA'S MOTION TO DISMISS
WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS

| First Name | Last Name | Case Caption | Docket Number |
|---|---|---|---|
| Madison | Alspach[3] | Akins, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-07112 |
| Vanessa | Zastro[4] | Akins, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-07112 |
| Ashten | Coker[5] | Kerner, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-07111 |
| Joseph | Economides[6] | Raphael, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-08225 |
| Samuel | Gill[7] | Swingle, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-08220 |
| Kendell | Johnson[8] | Swingle, et al. v. JUUL Labs, Inc. et al. | 3:22-cv-08220 |
| Ethan | Zipsie | Ethan Zipsie v. JUUL Labs Inc., et al. | 3:22-cv-05545 |
| Bobby | Dickens | B.D., a minor, by and through his Parent/Guardian Arthur R. Reeder v. JUUL Labs, Inc., et al. | 3:21-cv-05959 |

---

[3] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Michelle Alspach, Individually, and on behalf of Madison Alspach, a minor.

[4] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Savanna Bond, Individually, and on behalf of Vanessa Zastro, a minor.

[5] Plaintiff is the member of a multi-plaintiff case.

[6] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Christos Economides, Individually, and on behalf of Joseph Economides.

[7] Plaintiff is the member of a multi-plaintiff case. is listed as Brenda Gill, Individually, and on behalf of Samuel Gill, a minor.

[8] Plaintiff is the member of a multi-plaintiff case. Plaintiff is listed as Tiffany Johnson, Individually, and on behalf of Kendall Dewayne, a minor.